IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GLENDA JACQUELINE PRADO,

    Plaintiff,

vs.                            Case No. 3:16CV306

DEPUTY JEFFREY THOMAS, *et al.*,    JUDGE WALTER H. RICE

    Defendants.

---

ENTRY EXTENDING DISCOVERY AND SUMMARY
JUDGMENT FILING DEADLINES

---

Given that the parties have indicated that there is one discovery issue not yet resolved, said issue being under consideration by Magistrate Judge Michael R. Merz, the discovery deadline in the captioned cause is extended from September 4 to October 4, 2017. The cut-off date for filing of motions for summary judgment is extended to October 19, 2017.

September 20, 2017                        WALTER H. RICE
                                                      UNITED STATES DISTRICT JUDGE

Copies to:

Attorneys of Record