# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GLENDA JACQUELINE PRADO, | : | Case No. 3:16-cv-306 |
| Plaintiff, | : | District Judge Walter H. Rice |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| DEPUTY JEFFREY THOMAS, *et al.*, | : | |
| Defendants. | : | |

# ORDER

Defendant Keller complied with this Court's Order (Doc. #51) to produce under seal an unredacted copy of his cell phone record (Doc. #52). Upon *in camera* review, the record reveals that Defendant Keller did not speak to any other Defendants or employees of Greene County Children's Services other than his wife, Beth Keller. Defendant Keller, therefore, has sufficiently responded to question four of Plaintiff's Third Request for Production of Documents.

Accordingly, Plaintiff's Motion to Compel (Doc. #47) further response to this request is denied.

March 7, 2018

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge