# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Glenda Jacqueline Prado )<br>*Plaintiff* )<br>v. )<br>Deputy Jeffrey Thomas, et al. )<br>*Defendant* ) | Civil Action No. 3:16-CV-306 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment in favor of all Defendants and against Plaintiff .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Walter H. Rice  on a motion for .

Date:  3/20/19

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk